JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Robert Elguezabal**,

     Plaintiff,

  v.

**Michelle J. Um;**
**David Um**; and Does 1-10,

     Defendants.

Case 5:16-CV-02460-JFW-DTB

**Judgment Re: Default Judgment**

JUDGMENT                                              Case: 5:16-CV-02460-JFW-DTB

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Robert Elguezabal shall have JUDGMENT in his favor in the amount of $9,050.00 against defendants Michelle J. Um and David Um.

Additionally, defendants Michelle J. Um and David Um are ordered to provide compliant accessible parking spaces, accessible path of travel, and accessible transaction counter at the property located at or about 14780 Valley Blvd., Fontana, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: November 27, 2018

United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
Dennisp@potterhandy.com
Attorney for Plaintiff

JUDGMENT                                                Case: 5:16-CV-02460-JFW-DTB